# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

AYANNA WILSON AND KALANJOE
WILSON

NO.   2024 CW 1316

VERSUS

SUSAN R. WATSON, AND CAPITAL
AREA TRANSIT SYSTEM

**MARCH 14, 2025**

---

In Re:   Capital Area Transit System and Susan R. Watson,
applying for supervisory writs, 19th Judicial District
Court, Parish of East Baton Rouge, No. 741258.

---

BEFORE:   **THERIOT, HESTER, AND EDWARDS, JJ.**

**WRIT GRANTED.** The trial court's November 22, 2024 judgment
denying the motion for involuntary dismissal filed by Capital Area
Transit System and Susan R. Watson is reversed. Plaintiffs, Ayanna
Wilson and Kalanjoe Wilson, failed to request service of their
petition within 90 days of its filing, as required by La. Code
Civ. P. art. 1201(C) and La. R.S. 13:5107(D). The trial court
legally erred by finding plaintiffs demonstrated good cause for
their failure to timely request service. See **Igbinoghene v. St.
Paul Travelers Ins. Co.**, 2011-0124 (La. 4/4/11), 58 So.3d 452 (per
curiam); **Miller v. Hirstius**, 2022-0740 (La. App. 1st Cir. 3/15/23),
363 So.3d 532. Accordingly, the motion for involuntary dismissal
filed by Capital Area Transit System and Susan R. Watson is
granted, and the claims of Ayanna Wilson and Kalanjoe Wilson
against Capital Area Transit System and Susan R. Watson are
dismissed without prejudice. See La. Code Civ. P. art. 1672(C).

                    MRT
                    CHH
                    BDE

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
   FOR THE COURT